UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:14-cr-404-T-30TGW

ENRIQUE HERNANDEZ

**<u>FORFEITURE MONEY JUDGMENT</u>**

THIS CAUSE comes before the Court upon the United States' Motion for a Forfeiture Money Judgment (Doc. 67) in the amount of $108,724.00 against defendant Enrique Hernandez pursuant to 18 U.S.C. § 982(a)(2) and Rule 32.2(b)(2), Federal Rules of Criminal Procedure.

Enrique Hernandez pleaded guilty to count one of the indictment, which charges him with conspiracy to commit mail fraud and bank fraud, affecting a financial institution, in violation of 18 U.S.C. §§ 1341 and 1344, all in violation of 18 U.S.C. § 1349.  The Court accepted his plea and adjudged him guilty of this offense.

The Court finds that the amount of proceeds obtained by the defendant on the basis of his participation in the conspiracy is $108,724.00.

Accordingly, it is **ORDERED** that the motion (Doc. 67) of the United States is GRANTED.

It is FURTHER **ORDERED** that, pursuant to 18 U.S.C. § 982(a)(2) and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, defendant Enrique Hernandez is liable to the United States of America for a forfeiture money judgment in the amount of $108,724.00.

This order of forfeiture is final as to defendant Enrique Hernandez.

The Court retains jurisdiction to enter any order required to effect the forfeiture and disposition of any property belonging to the defendant that the government is entitled to seek under 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1), as a substitute asset in satisfaction of the defendant's money judgment.

**DONE AND ORDERED** in Tampa, Florida, on April 21st, 2015.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
All Parties/Counsel of Record

F:\Docs\2014\14-cr-404 Hernandez MFJ.docx